AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
__Middle District of Pennsylvania__

FILED
HARRISB[URG]

JUN 19 2020

PER ____MW____
DEPUTY CLERK

__Robert Weston__
Petitioner

v.                                   Case No. _____
                                     (Supplied by Clerk of Court)

__Catricia L. Howard, Warden__
__FCI Allenwood-Medium__
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: __Robert Weston__
   (b) Other names you have used: __N/A__
2. Place of confinement: __Bureau of Prison__
   (a) Name of institution: __FCI Allenwood-Medium__
   (b) Address: __P.O. Box 2000, White Deer, PA 17887__

   (c) Your identification number: __65359-066__
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: __United States District Court For The Eastern District of Pennsylvania__
   (b) Docket number of criminal case: __10-cr-281-3__
   (c) Date of sentencing: __January 31, 2012__
   ☐ Being held on an immigration charge
   ☒ Other (explain): __Possession of firearm in violation of 18 U.S.C. 922(g)(1)__

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other (explain): _Petitioner unlawful conviction of 18 U.S.C. 922(g)(1)_

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: _United States District Court For The Eastern District of Pennsylvania_

   (b) Docket number, case number, or opinion number: _10-CR-281-3_

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   _Unlawful Firearm possession statute, 18 U.S.C. 922(g) based on the recent Supreme Court Ruling in Rehaif v. United States 139 S. Ct. 2191 (2019)_

   (d) Date of the decision or action: _Rehaif June 21, 2019_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes        ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _N/A - Foreclosed_

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _Foreclosed by Third Circuit Precedent_

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes           ☐ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court: _N/A_

       (2) Date of filing: _____

       (3) Docket number, case number, or opinion number: _N/A_

       (4) Result: _____

       (5) Date of result: _____

       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _N/A_

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes           ☐ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court: _N/A_

       (2) Date of filing: _____

       (3) Docket number, case number, or opinion number: _____

       (4) Result: _____

       (5) Date of result: _____

       (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (b)   If you answered "No," explain why you did not file a third appeal: _____N/A_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes          ☐ No

If "Yes," answer the following:

    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

           ☐ Yes          ☒ No   Foreclosed

           If "Yes," provide:
           (1) Name of court: _____N/A_____
           (2) Case number:
           (3) Date of filing:
           (4) Result:
           (5) Date of result:
           (6) Issues raised:

    (b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

           ☐ Yes          ☐ No

           If "Yes," provide:
           (1) Name of court: _____N/A_____
           (2) Case number:
           (3) Date of filing:
           (4) Result:
           (5) Date of result:
           (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: See Attached Memorandum of Law in Support of 2241 Challenge

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
   ☐ Yes    ☐ No
   If "Yes," provide:
   (1) Date of filing: N/A
   (2) Case number:
   (3) Result:
   (4) Date of result:
   (5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
   ☐ Yes    ☐ No
   If "Yes," provide:
   (1) Name of court: N/A
   (2) Date of filing:
   (3) Case number:

(4) Result: N/A
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: N/A
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number: N/A
(e) Result:
(f) Date of result:
(g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** The unlawful firearm possession statute, 18 U.S.C. 922(g), based on the recent Supreme Court ruling in Rehaif v. United States; also see attached Memorandum of Law

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See Attached Memorandum of Law

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No   Foreclosed

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

Page 8 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: See Attached Memorondum of LAW

### Request for Relief

15. State exactly what you want the court to do: Petitioner respectfully request that this Honorable Court vacate his sentence under for violation of 922(g)(1).

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
I gave it to my counselor on June 15, 2020

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 5/21/2020

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

Robert Weston
Reg. No. 65359-066
FCI Allenwood-Medium
P.O. Box 2000
White Deer, PA 17887

7015 1730 0000 3134 ADZ⌁

ALLENWOOD FEDERAL CORRECTIONAL INSTITUTION
WHITE DEER, PA 17887-2500

DATE JUN 16 2020

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

RECEIVED
HARRISBURG, PA
JUN 19 2020
PER _____ DEPUTY CLERK

U.S. POSTAGE PAID
FCM LG ENV
WHITE DEER, PA 17887
JUN 17, 20
AMOUNT
$0.00
1000  17108  R2305K138972-08

"Legal Mail"

Clerk of Court
Ronald Regan Federal Building
228 Walnut Street
Harrisburg, PA 1710_