IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT WESTON,** | : | **CIVIL ACTION NO. 1:20-CV-996** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **CATRICIA L. HOWARD,** *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 31st day of January, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and the parties' respective briefs in support of and opposition to said petition, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED with prejudice.

2. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania